**Memorandum Opinion filed October 24, 2013 Withdrawn; Petition for Writ of Mandamus Dismissed as Moot and Substitute Memorandum Opinion filed March 6, 2014.**



In The

# Fourteenth Court of Appeals

---

**NO. 14-13-00556-CR**
**NO. 14-13-00557-CR**
**NO. 14-13-00558-CR**

---

**IN RE TODD WARREN ALTSCHUL, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the 23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 23,557, 26,672 &26,673**

---

**SUBSTITUTE MEMORANDUM OPINION**

The memorandum opinion of October 24, 2013, is withdrawn and this opinion is substituted in its place. Relator's motion for rehearing is denied.

Relator filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. Relator asks this

Court to compel the Honorable Ben Hardin, presiding judge of the 23rd District Court of Brazoria County to rule on his motions for a judgment nunc pro tunc for appeal time credit. Responses were requested and have been filed. The responses reflect the trial court has ruled on relator's motions.

Accordingly, the petition for writ of mandamus is ordered dismissed as moot.

PER CURIAM

Panel consists of Justices Boyce, Jamison and Busby.
Do Not Publish — Tex. R. App. P. 47.2(b).